

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00881-CR

The **STATE** of Texas,
Appellant

v.

Jose Efrain de Los Santos **GONZALEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13925CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order granting Jose Efrain de Los Santos Gonzalez habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 24, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice